UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | **Crim. No. 08-223 (JMR/SRN)** |
| **Plaintiff,** | |
| v. | **O R D E R** |
| **Antonio Lovell Washington,** | |
| **Defendant.** | |

---

Nancy Brasel, Esq., United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Andrew Garvis, Esq., Koch & Garvis, Lake Calhoun Professional Building, 3109 Hennepin Avenue South, Minneapolis, Minnesota 55408, for Defendant Antonio Lovell Washington

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Antonio Lovell Washington's Motion to Dismiss Indictment (Doc. No. 24) is **DENIED**;

2. Defendant Antonio Lovell Washington's Motion to Exclude Evidence of Other Crimes (Doc. No. 25) is **RESERVED FOR TRIAL**;

3. Defendant Antonio Lovell Washington's Motion to Suppress Evidence Obtained from Search and Seizure (Doc. No. 26) is **DENIED**; and

4. Defendant Antonio Lovell Washington's Motion to Suppress Statements (Doc. No. 27) is **DENIED AS MOOT**.

Dated: October 2, 2008

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge
